**EXHIBIT B**

**EXHIBIT B**

# 2022 CV 01628 WESTON,INDV AND AS PERSONAL REP, LYNNDORA -vs- NORTHEAST OHIO CORRECTIONAL CENTER et al AD

- Case Type:
  Civil - Common Pleas
- Case Status:
  OPEN
- File Date:
  09/12/2022
- DCM Track:

- Action:
  OTHER CIVIL
- Status Date:
  09/12/2022
- Case Judge:
  DONOFRIO, ANTHONY
- Next Event:

| All Information | Party | Docket | Financial | Receipt | Financial Dockets | Disposition | Additional Fields |

## Party Information

**WESTON,INDV AND AS PERSONAL REP, LYNNDORA**
- PLAINTIFF

- Disposition
- Disp Date

- Address
  AND ADMR OF EST OF LENZELL WESTON, DECD
  2183 PROFESSOR ROAD, NO. 1
  CLEVELAND, OH 44113
- Phone

**Alias**

**Party Attorney**
- Attorney
  CHANDRA, ESQ, SUBODH
- Address
  1265 W 6TH ST
  SUITE 400
  CLEVELAND, OH  44113
- Attorney
  SCREEN, DONALD P
- Address
  1265 W 6TH STREET
  SUITE 400
  CLEVELAND, OH  44113

**More Party Information**

**NORTHEAST OHIO CORRECTIONAL CENTER**
- DEFENDANT

- Disposition
- Disp Date

- Address
  2240 HUBBARD ROAD
  YOUNGSTOWN, OH 44505
- Phone

**Alias**     **Party Attorney**

**More Party Information**

**CORECIVIC INC**
- DEFENDANT

- Disposition
- Disp Date

- Address
  5501 VIRGINIA WAY, SUITE 110
  BRENTWOOD, TN 37027
- Phone

**Alias**     **Party Attorney**

**More Party Information**

**JOHN DOES 1-20, ADMINISTRATORS,, CORRECTIONS OFFICERS, AND EMPLOYEES OF NEOCC**
- DEFENDANT

- Disposition
- Disp Date

- Address
  ADDRESSES UNKNOWN
  YOUNGSTOWN, OH 44505
- Phone

**Alias**

**Party Attorney**

**More Party Information**

## Docket Information

| Date | Description | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|---|
| 09/12/2022 | DEPOSIT RECEIVED | DEPOSIT RECEIVED  Receipt: 476857  Date: 09/12/2022 | $35.00 | |
| 09/12/2022 | COMPLAINT FILED | COMPLAINT FILED  Receipt: 476857  Date: 09/12/2022 | $25.00 | |
| 09/12/2022 | LEGAL AID (TOSCV) FILED | LEGAL AID (TOSCV) FILED  Receipt: 476857  Date: 09/12/2022 | $26.00 | |
| 09/12/2022 | LEGAL NEWS | LEGAL NEWS  Receipt: 476857  Date: 09/12/2022 | $13.00 | |
| 09/12/2022 | COURT COMPUTER RESEARCH (CIVIL) | COURT COMPUTER RESEARCH (CIVIL)  Receipt: 476857  Date: 09/12/2022 | $6.00 | |
| 09/12/2022 | CLERK COMPUTERIZATION FEE (CIVIL | CLERK COMPUTERIZATION FEE (CIVIL)  Receipt: 476857  Date: 09/12/2022 | $20.00 | |
| 09/12/2022 | CV-COURT MEDIATION PROGRAM | CV-COURT MEDIATION PROGRAM  Receipt: 476857  Date: 09/12/2022 | $40.00 | |
| 09/12/2022 | CV-SPECIAL PROJECTS FUND | CV-SPECIAL PROJECTS FUND  Receipt: 476857  Date: 09/12/2022 | $50.00 | |
| 09/12/2022 | CV-TECHNOLOGY FUND | CV-TECHNOLOGY FUND  Receipt: 476857  Date: 09/12/2022 | $10.00 | |
| 09/12/2022 | COMPLAINT FILED ELECTRONICALLY | COMPLAINT FILED ELECTRONICALLY FOR WRONGFUL DEATH AND OTHER CLAIMS; ORIGINALLY FILED ON SEPTEMBER 11, 2022; REFILED WITH THE COURT'S ASSISTANCE ON SEPTEMBER 12, 2022 DUE TO TECHNICAL ERROR ::  :: On behalf of Plaintiff: LYNNDORA WESTON :: Filed By: DONALD P SCREEN | | Image |
| 09/12/2022 | COPIES ISSUED | COPIES ISSUED:  ADDITIONAL COST ADDED FOR SERVICE COPIES (.10 PER PAGE) | $3.60 | |
| 09/13/2022 | SUMMONS, COPY OF COMPLAINT | SUMMONS, COPY OF COMPLAINT MAILED BY CERTIFIED MAIL TO DEFTS | $4.00 | |
| 09/13/2022 | CERTIFIED MAILER NUMBER P | Issue Date:  09/13/2022<br>Service:  CIVIL SUMMONS<br>Method:  (CP) CERTIFIED MAIL<br>Cost Per:  $0.00<br><br>NORTHEAST OHIO CORRECTIONAL CENTER<br>2240 HUBBARD ROAD<br>YOUNGSTOWN, OH  44505<br>Tracking No: 9414726699041218584810<br><br>CORECIVIC INC<br>5501 VIRGINIA WAY, SUITE 110<br>BRENTWOOD, TN  37027<br>Tracking No: 9414726699041218584811 | $17.80 | |

| Date | Description | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|---|
| 09/16/2022 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method   : (CP) CERTIFIED MAIL<br>Issued   : 09/13/2022<br>Service  : CIVIL SUMMONS<br>Served   :<br>Return   : 09/16/2022<br>On       : NORTHEAST OHIO CORRECTIONAL CENTER<br>Signed By : M STARKEY<br><br>Reason   : (CP) SUCCESSFUL<br>Comment  :<br><br>Tracking #: 941472669904218584810 | | |
| 09/23/2022 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method   : (CP) CERTIFIED MAIL<br>Issued   : 09/13/2022<br>Service  : CIVIL SUMMONS<br>Served   : 09/19/2022<br>Return   : 09/23/2022<br>On       : CORECIVIC INC<br>Signed By : UNKNOWN<br><br>Reason   : (CP) SUCCESSFUL<br>Comment  :<br><br>Tracking #: 941472669904218584811 | | |

## Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|---|---|---|---|---|
| Cost | $215.40 | $190.00 | $0.00 | $25.40 |
|  | $215.40 | $190.00 | $0.00 | $25.40 |

- ## Money on Deposit with the Court

| Account | Applied Amount |
|---|---|
| DEPOSIT RECEIVED (CP) | $0.00 |
|  | $0.00 |

## Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 476857 | 09/12/2022 | DONALD SCREEN | $225.00 |
|  |  |  | $225.00 |

## Financial Docket Information

| Date | Description | Owed | Adjusted | Paid | Due | Due Date |
|---|---|---|---|---|---|---|
| 09/12/2022 | DEPOSIT RECEIVED | $35.00 | $0.00 | $35.00 | $0.00 | |
| 09/12/2022 | COMPLAINT FILED | $25.00 | $0.00 | $25.00 | $0.00 | |
| 09/12/2022 | LEGAL AID (TOSCV) FILED | $26.00 | $0.00 | $26.00 | $0.00 | |
| 09/12/2022 | LEGAL NEWS | $13.00 | $0.00 | $13.00 | $0.00 | |
| 09/12/2022 | COURT COMPUTER RESEARCH (CIVIL) | $6.00 | $0.00 | $6.00 | $0.00 | |
| 09/12/2022 | CLERK COMPUTERIZATION FEE (CIVIL) | $20.00 | $0.00 | $20.00 | $0.00 | |
|  |  | $250.40 | $0.00 | $225.00 | $25.40 | |

| Date | Description | Owed | Adjusted | Paid | Due | Due Date |
|---|---|---|---|---|---|---|
| 09/12/2022 | CV-COURT MEDIATION PROGRAM | $40.00 | $0.00 | $40.00 | $0.00 | |
| 09/12/2022 | CV-SPECIAL PROJECTS FUND | $50.00 | $0.00 | $50.00 | $0.00 | |
| 09/12/2022 | CV-TECHNOLOGY FUND | $10.00 | $0.00 | $10.00 | $0.00 | |
| 09/12/2022 | COMPLAINT FILED ELECTRONICALLY | $0.00 | $0.00 | $0.00 | $0.00 | |
| 09/12/2022 | EFILING CREDIT CARD CONVENIENCE FEE [SEE EFILE RECEIPT] | $0.00 | $0.00 | $0.00 | $0.00 | |
| 09/12/2022 | COPIES ISSUED | $3.60 | $0.00 | $0.00 | $3.60 | |
| 09/13/2022 | SUMMONS, COPY OF COMPLAINT | $4.00 | $0.00 | $0.00 | $4.00 | |
| 09/13/2022 | CERTIFIED MAILER NUMBER P | $17.80 | $0.00 | $0.00 | $17.80 | |
| 09/16/2022 | SUCCESSFUL SERVICE | $0.00 | $0.00 | $0.00 | $0.00 | |
| 09/23/2022 | SUCCESSFUL SERVICE | $0.00 | $0.00 | $0.00 | $0.00 | |
| | | $250.40 | $0.00 | $225.00 | $25.40 | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Undisposed | | DONOFRIO, ANTHONY |

## Additional Fields