PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| LYNNDORA WESTON, etc., | ) | |
| | ) | CASE NO.  4:22CV1855 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORTHEAST OHIO CORRECTIONAL | ) | |
| CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | **ORDER OF REFERENCE** |

Pursuant to LR 16.4, Alternative Dispute Resolution, of the Local Rules of the United States District Court for the Northern District of Ohio, the above-captioned case is hereby referred to Mediation pursuant to LR 16.6(a), *et seq.*

The Court refers this case to Magistrate Judge Carmen E. Henderson to conduct a mediation as soon as reasonably possible to begin no earlier than June  26, 2023, and be completed by not later than July 7, 2023.


IT IS SO ORDERED.


| May 8, 2023 | */s/ Benita Y. Pearson* |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |