PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LYNNDORA WESTON, etc., | ) | |
| | ) | CASE NO.  4:22CV1855 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORTHEAST OHIO CORRECTIONAL | ) | |
| CENTER, et al., | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 17] |

Pending is the parties' Joint Motion for Extension of Time to Respond to Pending

Discovery and to Submit Documents Relating to Mediation (ECF No. 17).  The parties move the

Court for a 30-day extension of time, or until July 24, 2023, to serve responses to pending

discovery requests.

At the Telephonic Status Conference conducted in May 2023, the Court extended the fact

discovery cutoff until August 31, 2023.  *See* Non-document Minutes of Proceedings entered

May 8, 2023.  The Court also referred this case to Magistrate Judge Carmen E. Henderson to

conduct a mediation as soon as reasonably possible to begin no earlier than June  26, 2023, and

be completed by not later than July 7, 2023.  *See* Order of Reference (ECF No. 13).[1]

For good cause shown, the parties' Joint Motion for Extension of Time to Respond to

Pending Discovery (ECF No. 17) is granted.  The parties shall serve responses to pending

---

[1] The magistrate judge granted the parties' Joint Motion to Continue the Mediation (ECF No. 18) and rescheduled the conference to July 18, 2023.  *See* Non-document Order entered June 26, 2023

(4:22CV1855)

discovery requests on or before July 24, 2023.  The parties are reminded that no case

management dates are modified by this ruling.  The fact discovery cutoff remains August 31,

2023.  The time for submission of mediation statements and settlement demand and offer letters

were previously set by Magistrate Judge Henderson.  *See* Order Setting Mediation Conference

(ECF No. 14).  The parties are urged to use this enlargement meaningfully, including to mediate,

because no further enlargements should be anticipated.


        IT IS SO ORDERED.


    June 28, 2023                              */s/ Benita Y. Pearson*
Date                                     Benita Y. Pearson
                                         United States District Judge