PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LYNNDORA WESTON, *etc.*, ) | |
| ) | CASE NO. 4:22CV1855 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORTHEAST OHIO CORRECTIONAL ) | |
| CENTER, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER OF DISMISSAL** |

The Court was informed by the Minutes of Proceedings that the parties reached an agreement subject to the approval of the probate court at the mediation conference conducted by Magistrate Judge Carmen E. Henderson on July 18, 2023. Therefore, the docket shall be marked "settled and dismissed without prejudice."

The Court retains jurisdiction to enter a Stipulation and Order of Dismissal with Prejudice and, upon written motion of the parties, to reopen and return the case to active status. Upon approval of the settlement by the Cuyahoga County, Ohio Probate Court, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order. The parties shall submit the document within seven (7) days of bank clearance of the settlement payment.

IT IS SO ORDERED.

  July 31, 2023          /s/ Benita Y. Pearson
Date                     Benita Y. Pearson
                         United States District Judge